934

No. 564. ELLER ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Raymond Kyle Hayes* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 568. UNITED STATES *v.* PRAYLOU ET AL. C. A. 4th Cir. Certiorari denied. *Robert L. Stern,* then Acting Solicitor General, filed the petition for the United States. *Solicitor General Sobeloff* filed a memorandum for the United States in reply to the brief in opposition. *Shepard K. Nash* for respondents.

No. 570. KASKEL *v.* IMPELLITTERI, MAYOR OF NEW YORK, ET AL. Court of Appeals of New York. Certiorari denied. *Harold L. Herzstein* for petitioner. *Harry E. O'Donnell, Seymour B. Quel* and *Benjamin Offner* for Impellitteri et al.; and *Samuel I. Rosenman* and *Max Freund* for the Triborough Bridge & Tunnel Authority, respondents.

No. 573. EDWARD VALVES, INC. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles D. Hamel* and *John Enrietto* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Melvin Richter* for the United States.

No. 575. UNITED BISCUIT CO., UNION BISCUIT DIVISION, *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied. *Walter R. Mayne* for petitioner. *Solicitor General Sobeloff, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent.